# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: November 1, 2004

To:  United States Court of Appeals   Attn: (✓)   Civil
     For the Ninth Circuit
     Office of the Clerk                    ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103         ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 03-00652-HG-LEK     Appeal No:    04-16075

Short Title:  Adam vs. Nakumora

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet

Acknowledgment: _____ Date: _____

FILED
NOV 0 3 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc:all counsel

January 11, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-03-00652-HG-LEK
**Appeal Number:** 04-16075
**Short Title:** Adam v. Nakumora

### Volumes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 1 | | | 0 | Certified Copy(ies) | | |
| **Reporters Transcripts in:** | 0 | | | 0 | Certified Copy(ies) | | |
| **Exhibits in:** | 0 | Envelopes | | 0 | Under Seal | | |
| | 0 | Boxes | | 0 | Under Seal | | |
| | 0 | Volumes | Volume | 0 | of record | 0 | Under Seal |
| **State Lodged Docs in:** | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.